IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARISTA RECORDS, LLC, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. H-06-2375 |
| MELANIE WALKER, | | |
| Defendant. | | |

**ORDER**

Counsel for plaintiff filed a Motion to Compel, (Docket Entry No. 12). The filing of this motion is inconsistent with this court's procedures, which require the following:

**Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A discovery hearing is set for **May 18, 2007, at 10:00 a.m.**, in courtroom 11B, to address the subject matter of the motion.

SIGNED on April 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge